South Union Township, As Political Subdivisions; and Robert Schiffbauer, Thomas Frankhouser, Rock Coville, in Their Individual Capacities as Taxpayers, Appellants,

v.

Commonwealth of Pennsylvania, Department of Environmental Protection, and Kathleen A. McGinty, Secretary, Appellees,

Township of Derry and Pennsylvania Waste Industries Association, Intervenors.

Supreme Court of Pennsylvania.

July 22, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Commonwealth Court is AFFIRMED.